**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | John D Bogumill |
| **Debtor 2** (Spouse, if filing) | Melissa A Bogumill |
| United States Bankruptcy Court for the : **Northern** | **District of** Illinois (State) |
| **Case number** | 16-32329 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Bayview Loan Servicing, LLC | **Court claim no.** (if known): | n/a |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX3818 | **Date of payment change:** Must be at least 21 days after date of this notice | 7/1/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,791.26 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ❋ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 729.55     **New escrow payment :** $ 743.55

### Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?**

   ❋ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**       %        **New interest rate:**       %
   **Current principal and interest payment:**  $ _____    **New principal and interest payment:**  $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ❋ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**  $ _____    **New mortgage payment:**  $ _____

| Debtor 1 | **John D Bogumill** | Case number *(if known)* 16-32329 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

❋ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/Toni  Townsend                                    Date  6/3/2020
       Signature

Print:   Toni                            Townsend            Title   Authorized Agent
         First Name    Middle Name       Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
           Number        Street
           Roswell              GA           30076
           City                 State        ZIP Code

Contact phone    (312) 346-9088 X5174                    Email   Toni.Townsend@mccalla.com

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 16-32329 |
| John D Bogumill | Chapter: 13 |
| Melissa A Bogumill | Judge: Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

John D Bogumill
150 Copper Mountain Drive
Gilberts, IL 60136

Melissa A Bogumill
150 Copper Mountain Drive
Gilberts, IL 60136

David H Cutler                              *(served via ECF Notification)*
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Glenn B Stearns, Trustee                    *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6/5/2020          By:    /s/Toni Townsend
               (date)                  Toni Townsend
                                       Authorized Agent for Bayview Loan Servicing, LLC



**BAYVIEW** LOAN SERVICING
P.O. Box 331409
Miami FL  33233-1409

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| HAZARD INS | $1,375.00 |
| COUNTY TAX | $6,863.32 |
| Total | $8,238.32 |
| | $8,238.32 / 12 months = |
| Escrow Payment Calculation | $686.52 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 05/05/2020**

Dennis J Bogumill
C/O David H Cutler
Cutler & Associates, Ltd.
4131 Main St # 4131
Skokie, IL 60076-2780

529

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $1,047.71 |
| Required Escrow Payment | $686.52 |
| Shortage/Surplus Spread | $57.03 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **$1,791.26** |
| **New Payment Effective Date:** | **07/01/2020** |
| Current Payment Due Date: | 12/01/2019 |

This statement provides a detailed summary of activity related to your escrow account. Bayview Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 07/2020 through 06/2021 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | FLOOD | HAZ. INS. | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | | $4,122.35[1] | $4,806.66[2] |
| JUL 20 | $686.52 | | | $1,375.00 | | | | $3,433.87 | $4,118.18 |
| AUG 20 | $686.52 | | | | | $3,431.66 | COUNTY TAX-2 | $688.73 * | $1,373.04 LP |
| SEP 20 | $686.52 | | | | | | | $1,375.25 | $2,059.56 |
| OCT 20 | $686.52 | | | | | | | $2,061.77 | $2,746.08 |
| NOV 20 | $686.52 | | | | | | | $2,748.29 | $3,432.60 |
| DEC 20 | $686.52 | | | | | | | $3,434.81 | $4,119.12 |
| JAN 21 | $686.52 | | | | | | | $4,121.33 | $4,805.64 |
| FEB 21 | $686.52 | | | | | | | $4,807.85 | $5,492.16 |
| MAR 21 | $686.52 | | | | | | | $5,494.37 | $6,178.68 |
| APR 21 | $686.52 | | | | | | | $6,180.89 | $6,865.20 |
| MAY 21 | $686.52 | | | | | $3,431.66 | COUNTY TAX-1 | $3,435.75 | $4,120.06 |
| JUN 21 | $686.52 | | | | | | | $4,122.27 | $4,806.58 |
| Total | | | | $1,375.00 | | $6,863.32 | | | |

(1)  Your current escrow balance is $2,447.16. To project the next year's tax and insurance payment we added $5,106.85 for payments not yet made and subtracted $3,431.66 for disbursement not yet made.  This brings your projected starting balance to $4,122.35 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $1,373.04 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be $688.73. Your bankruptcy escrow claim amount of $0.00 will be added to your escrow balance.  The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $684.31. This results in a shortage once all the payments not yet made for the tax and insurance portion are received.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $4,806.66 to arrive at the lowest (LP) required escrow balance.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

### ESCROW SHORTAGE REMITTANCE FORM

**Name:** Dennis J Bogumill
**Account Number:**                                                    **Escrow Shortage Amount: $684.31**

**Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.  If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance to:**

**BAYVIEW LOAN SERVICING, LLC**              **Amount Enclosed: $_____**
**P.O. BOX 4425**
**CORAL GABLES FL 33146-4425**

**Your new payment will then be: $1,734.23.**

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT / ACCOUNT HISTORY

**Account Number:** ▮▮▮▮▮▮▮▮    **Name:** Dennis J Bogumill

This is a statement of actual activity in your escrow account from 04/2020 through 06/2020. Last year's projections are next to the actual activity. No prior escrow analysis at Bayview. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New insurance escrow requirement paid |
|  |  | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $0.00 | $0.00 |
| APR |  | $2,447.16 * |  |  |  | $0.00 | $2,447.16 L |
| MAY |  | $4,377.30 *E |  | $3,431.66 *E | COUNTY TAX-1 | $0.00 | $3,392.80 |
| JUN |  | $729.55 *E |  |  |  | $0.00 | $4,122.35 |
| Total | $0.00 | $7,554.01 | $0.00 | $3,431.66 |  |  |  |

\* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**
| | |
|---|---|
| **Current Escrow Balance** | $2,447.16 |
| **Payments Not Yet Made** | $5,106.85 |
| **Disbursements Not Yet Made** | $3,431.66 |
| **Projected Escrow Balance** | $4,122.35 |

At the time of your escrow account review, your expected lowest balance was $0.00 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was $2,447.16, as shown in the above "Account History".

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt.

Bayview Loan Servicing, LLC is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Bayview Loan Servicing, LLC., NMLS no. 2469.

**Should you require additional information, please call Customer Service: 1-800-457-5105**
**Mon-Fri, 8:00 a.m. to 7:00 p.m., EST**
www.bayviewloanservicing.com